'08 CIV 5582

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY HAYTON,

        Plaintiff,

- against -

THE CITY OF NEW YORK, DARRYL SMALLWOOD
and "JOHN DOE" 1-5, the names being fictitious
and presently unknown, employees of the New
York City Police Department,

        Defendants.

**SUMMONS IN A CIVIL CASE**

To:    THE CITY OF NEW YORK, 100 Church Street, New York, New York 10007;
DARRYL SMALLWOOD, New York Police Department, Transit District 33,
2399 Fulton Street, Brooklyn, New York 11233;
"JOHN DOE" 1-5, New York Police Department, Transit District 33, 2399
Fulton Street, Brooklyn, New York 11233

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

MATTHEW FLAMM, 26 Court Street, Suite 600, Brooklyn, New York 11242

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE JUN 2 0 2008

DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: June 24, 2008 |
| NAME OF SERVER (PRINT): Jessica Acosta | TITLE: Legal Assistant |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: N.Y.C. Law Dept, 100 Church St., NY, NY 10007

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $4 | $25.00 | 29.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/27/08
Date

Signature of Server: Jessica Acosta

Address of Server: 26 Court St, Bklyn NY 11242

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.