UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ANTHONY HAYTON,

        Plaintiff,

- against -

THE CITY OF NEW YORK, DARRYL
SMALLWOOD and "JOHN DOE" 1-5, the
names being fictitious and presently
unknown, employees of the New York City
Police Department,

        Defendants.

-----------------------------------------------------------------x

CERTIFICATE OF SERVICE
08 CV 5582 (LAK)(AJP)

STATE OF NEW YORK    )
                      : SS.  :
COUNTY OF KINGS    )

    JESSICA ACOSTA, declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

    That on June 30, 2008, I personally served the SUMMONS and COMPLAINT upon defendant Darryl Smallwood, at One Police Plaza, Employee Management Division, Room 1000, New York, New York, that being his actual place of employment within the State, by personally delivering a copy thereto to him.

                                                  */s/ Jessica Acosta*
                                                  Jessica Acosta